**No. 51032.**—Protests 121986–K, etc., of Czarnikow-Rionda Co. et al. (Galveston, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

APRIL 18, 1946

**No. 51033.**— Protest 100610–K (b) of Marshall Field & Co. C. D. 983. Plaintiff's application for rehearing denied.

APRIL 19, 1946

**No. 51034.**—SUIT 4503.— *Advertising Corp. of America* v. *United States.* Abstract 49800 affirmed March 4, 1946. C. A. D. 327.